**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NATALIE M. SWAIN,
an individual,                                                                          Case No.:

        Plaintiff,
v.

CJS LEGAL SERVICES, INC.,
a Florida for-profit corporation,

        Defendant.
_____/

## COMPLAINT

**COMES NOW**, Plaintiff, Natalie M. Swain (hereinafter, "Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, CJS Legal Services, Inc. (hereinafter, "Defendant"). In support thereof, Plaintiff states:

### PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Driver Privacy Protection Act, 18 United States Code, Chapter 123 (hereinafter, the "DPPA"), due to Defendant's unlawful disclosure of Plaintiff's personal information.

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 18 United States Code, Section 2724(a) and 28 United States Code, Section 1331.

3. Defendant is subject to the jurisdiction of this Court as Defendant regularly transacts business in this District, and the events described herein occur in this District.

4. Venue in this District is proper because Defendant transacts business in this District, and the conduct complained of occurred in this District.

5. At all material times herein, Plaintiff is a natural person residing in Pinellas County, Florida.

6. At all material times herein, Defendant is a Florida for-profit corporation with its principal place of business located at 23110 State Road 54, Suite 430, Lutz, Florida 33549.

## GENERAL ALLEGATIONS

7. At all material times herein, Defendant is a "person" subject to the DPPA as defined by 18 United States Code, Section 2725(2).

8. At all material times herein, the information unlawfully disclosed by the Defendant is "personal information" as defined by 18 United States Code, Section 2725(3).

9. At all material times herein, Defendant lacked Plaintiff's "express consent" to disclose her personal information, as defined by 18 United States Code, Section 2725(5).

10. At all material times herein, Defendant acts itself or through its agents, employees, officers, members, directors, successors, assigns, principals, trustees, sureties, subrogees, representatives, third-party vendors, and insurers.

11. All necessary conditions precedent to the filing of this action occurred or Defendant waived the same.

## FACTUAL ALLEGATIONS

12. On October 17, 2019, Citibank, N.A. (hereinafter, "Citi") filed a lawsuit against Plaintiff in the Sixth Judicial Circuit, in and for Pinellas County, Florida with assigned small claims case number 19-008211-SC (hereinafter, "Lawsuit").

13. On November 18, 2019, Defendant, on behalf of Citi and as its agent, filed a *Return of Service* (hereinafter, "Return") indicating that service of the Lawsuit had been affected on

Plaintiff. Please see attached a true and correct copy of the Return, including attachments, labeled as **Composite Exhibit A**.

14. Defendant attached to the Return a document titled "Florida Vehicle Record" in relation to Plaintiff.

15. The "Florida Vehicle Record" contained the following unredacted personal information: Plaintiff's full driver identification number.

16. When Defendant filed the "Florida Vehicle Record," it disclosed Plaintiff's personal information to the public at large because the Return was a viewable public record.

17. At no time herein did Defendant have a lawful reason to disclose Plaintiff's personal information.

18. On December 11, 2019, Plaintiff filed a *Motion to Determine Confidentiality of Court Records* pursuant to the Florida Rules of Judicial Administration.

19. On December 19, 2019, the Honorable Myra Scott McNary, County Court Judge, entered the *Agreed Order Granting Defendant's Motion to Determine Confidentiality of Court Records* wherein Judge McNary found that the disclosure of Plaintiff's driver's license number violated the prohibitions of the DPPA and ordering it to be sealed. Defendant agreed to the entry of said order.

20. Plaintiff retained the Law Offices of Rick G. Bannon, P.A. and Swift, Isringhaus & Dubbeld, P.A. (hereinafter collectively, "Undersigned Counsel") for the purpose of pursuing this matter against Defendant, and Plaintiff is obligated to pay her attorneys a reasonable fee for their services.

21. United States Code, Title 18, Section 2724(b) provides for the award of actual damages, but not less than liquated damages in the amount of $2,500.00, punitive damages (upon

proof of willful or reckless disregard), reasonable attorneys' fees and costs, and equitable relief, should Plaintiff prevail in this matter against Defendant.

## COUNT ONE:
## VIOLATION OF THE DRIVER PRIVACY PROTECTION ACT

Plaintiff re-alleges paragraphs one (1) through twenty-one (21) as if fully restated herein and further states as follows:

22. Defendant is subject to, and violated the provisions of, 18 United States Code, Sections 2724(a) and Section 2722(a), by unlawfully disclosing Plaintiff's personal information.

23. Specifically, when Defendant filed the Return, it attached a record from the Florida Department of Highway and Motor Vehicles (i.e., "Florida Vehicle Record") that contained a full unredacted copy of Plaintiff's driver's license number.

24. Defendant had no lawful purpose to disclose Plaintiff's personal, private information to the public at large.

25. Subsequent to the unlawful disclosure, Defendant agreed its actions violated the DPPA.

26. As a direct and proximate result of Defendant's actions, Plaintiff sustained damages as defined by 18 United States Code, Section 2724(b).

## PRAYER FOR RELIEF

**WHEREFORE**, as a direct and proximate result of the Defendant's conduct, Plaintiff respectfully requests Judgment against Defendant for:

    a. Actual damages, but not less than liquidated damages of $2,500.00;

    b. An award of attorneys' fees and costs; and

    c. Any other such relief the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues triable by right.

## SPOLIATION NOTICE AND DEMAND TO RETAIN EVIDENCE

Plaintiff hereby gives notice to Defendant and demand that Defendant and its affiliates safeguard all relevant evidence—paper, electronic documents, or data—pertaining to this litigation as required by law.

Respectfully submitted,

**SWIFT, ISRINGHAUS & DUBBELD, P.A.**

/s/ *Aaron M. Swift*
**Aaron M. Swift, Esq., FBN 0093088**
**Lead Trial Counsel**
**Jordan T. Isringhaus, Esq., FBN: 0091487**
**Jon. P. Dubbeld, Esq., FBN: 0105869**
10460 Roosevelt Blvd. N., Suite 313
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
*Counsel for Plaintiff*

and

**LAW OFFICES OF RICK G. BANNON, P.A.**

/s/ *G. Tyler Bannon*
**G. Tyler Bannon, Esq., FBN 0105718**
1901 Dr. M.L. King Jr. Street N.
St. Petersburg, FL 33704
Phone: (727) 896-4455
Fax: (727) 895-1312
tyler@rbannonlaw.com
jbannon@rbannonlaw.com
*Co-counsel for Plaintiff*

# RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of PINELLAS | County Court |

Case Number: 19-008211-SC-NORTH   Court Date: 11/19/2019 1:00 pm

Plaintiff:
**CITIBANK, N.A.**

vs.

Defendant:
**NATALIE M SWAIN**

For:
Michael Debski
Debski & Associates, P.A.
P.O. Box 47718
Jacksonville, FL 32247

Received by CJS Legal Services, Inc on the 22nd day of October, 2019 at 10:01 am to be served on **NATALIE M SWAIN**,

I, DeLaska J. Eckerson, do hereby affirm that on the **15th day of November, 2019** at **4:43 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons/Notice to Appear for Pre-Trial Conference and Complaint** with the date and hour of service endorsed thereon by me, to: **NATALIE M SWAIN** at the address of: and informed said person of the contents therein, in compliance with state statutes.
Actual service location: ( ) accuracy 14 m.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
NATALIE SWAIN WAS PERSONALLY SERVED. DEFENDANT TOLD SERVER THAT SHE WAS NOT NATALIE SWAIN, HOWEVER A PICTURE AND VEHICLE VERIFICATION WAS PROVIDED. WHEN THE DOCUMENTS WERE EXPLAINED SHE REFUSED TO ACCEPT THEM AND INSTRUCTED THE AFFIANT TO LEAVE THEM ON HER MAILBOX AT THE FRONT DOOR. THE VEHICLE IN THE DRIVEWAY IS REGISTERED TO NATALIE SWAIN (VW TIGUAN, PICTURE OF DEFENDANT ALSO INCLUDED.

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: WHITE, Height: 5'4, Weight: 200, Hair: BLONDE, Glasses: N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. The service, date, time, my initials and/or name, and identification number, if required by state statute, were listed on the documents served.

F.S. 92.525, UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THE FACTS IN IT ARE TRUE TO THE BEST OF MY KNOWLEDGE.

DATE: 11/15/19

**1085628 -A**
SPECIAL PROCESS SERVICE
Pinellas County, Florida
Bob Gualtieri, Sheriff

DeLaska J. Eckerson
APS # 59120

CJS Legal Services, Inc
23110 State Road 54
Suite 430
Lutz, FL 33549
(813) 210-0038

Our Job Serial Number:
Ref:
Service Fee: $35.00

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Comp. Ex. A



## County Court, Pinellas County, Florida
## Small Claims Division
(727) 464-7000 - www.mypinellasclerk.org

REF: 19-008211-SC North

CITIBANK NA
Vs.
NATALIE M SWAIN

TO: DEFENDANT/DEFENDANT ATTORNEY
NATALIE M SWAIN
3900 58TH LN N
ST PETERSBURG FL 33709-5232

SUMMONS/NOTICE TO APPEAR FOR PRE-TRIAL CONFERENCE

THE STATE OF FLORIDA:
NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Pinellas County Courthouse in:

COURTROOM 1, OLD COURTHOUSE
324 S FT HARRISON AVENUE
CLEARWATER, FL 33756

on **Tuesday, November 19, 2019** at **1:00 PM** for a PRE-TRIAL CONFERENCE before a judge of the court.

**IMPORTANT – READ CAREFULLY**
THIS CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES,
APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) *must* appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) *must* appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal appearance of a party or its attorney in the pre-trial conference. The date and time of the PRE-TRIAL CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pre-Trial Conference.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Small Claims Deft Pre-Trial Notice

Comp. Ex. A

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference. Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of a dispute between two or more parties. It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement." You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment, execution, or levy.

RIGHT TO VENUE: The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

1) **Where the contract was entered into.**
2) **If suit is on unsecured promissory note, where the note is signed or where the maker resides.**
3) **If the suit is to recover property or to force a foreclosure of a lien, where the property is located.**
4) **Where the event giving rise to the suit occurred.**
5) **Where any one or more of the defendant(s) sued resides.**
6) **Any location agreed to in a contract.**
7) **In an action for money due, if there is no agreement as to where suit may be filed, proper venue lies in the county where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

A copy of the statement of claim shall be served with the original, alias and pluries summons.

Dated at Clearwater, Florida on October 18, 2019.

KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

Small Claims Deft Pre-Trial Notice

Comp. Ex. A



Comp. Ex. A

 

Scan or visit verify.add123.com to verify

Verification Code:

# Florida Vehicle Record

Retrieved On: Fri November 15, 2019 09:00:41 PM EST

### Registration Data
**Tag:**
**Issue Date:** 10/31/2019
**Exp. Date:** 11/20/2020
**Reg/Post Date:** 09/30/2019
**Decal No:**
**Reg. Use:** FOR HIRE - FULL YEAR
**Reg. Status:** ACTIVE
**Decal Type:** MOTOR VEHICLE
**Initial Reg Fee:** NOT PAID
**Inventory Code:** RGS (SUNSHINE STATE)

### Vehicle Data
**VIN:**
**Year:** 2019
**Make:** VOLK
**Model:** Tiguan*
**Trim:** SE*
**Body:** UTILITY
**Class Code:** 9 (PASSENGER VEHICLE FOR HIRE)
**Weight:** 3611
**Color:** GRAY
**Vehicle Type:** AUTO

### Title Data
**Title:**
**Issue Date:** 10/31/2019
**Use:** CODE O
**Odo Read:** 25
**Odo Status:** ACTUAL
**Odo Date:** 09/30/2019
**Sales Date:** 09/30/2019
**No. Of Liens:** 1
**Title Pending:** false
**Dealer Lic. No.:**

### Additional Record Data
**Last Title Transaction Type:** LIEN MAINTENANCE ONLY

### Vehicle Interests

**Owner 1** VW CREDIT LEASING LTD
**Address:** 1401 FRANKLIN BLVD
LIBERTYVILLE, IL 60048-4460
**Mailing:** 1401 FRANKLIN BLVD
LIBERTYVILLE, IL 60048

**Registrant 1**

**Lienholder 1** VW CREDIT INC          **Lien Date:** 09/30/2019
**Address:** 1401 FRANKLIN BLVD       **Customer #:**
LIBERTYVILLE, IL 60048-0000
**Mailing:** 1401 FRANKLIN BLVD
LIBERTYVILLE, IL 60048

(DPPA 4) In connection with a court proceeding.

This information is provided by the Florida Department of Highway Safety and Motor Vehicles (DHSMV). Auto Data Direct, Inc. is an authorized provider of real-time Florida motor vehicle and driver license data. Auto Data Direct, Inc. is not responsible for the unauthorized use of the information provided from the DHSMV database.

This Motor Vehicle Record is extracted directly from the State or Jurisdiction's official Motor Vehicle Records database, in real time. The authenticity of these records may be authenticated in real time using the ADD on-line authorization system.

Personal information (including, but not limited to: name, address, date of birth, DL number) appearing on driver and vehicle records is protected by the Driver Privacy Protection Act (DPPA). The use of personal information for reasons not allowed by the DPPA will result in loss of information access privileges and may result in legal action.

**Any person who knowingly discloses any information in violation of the Driver Privacy Protection Act (DPPA) may be subject to criminal sanctions and civil liability specified in law for unauthorized use of the data.**

Comp. Ex. A

* Field information provided by Auto Data Direct, Inc.